IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON KEITH WALKER and<br>SHANGO JAJA GREER,<br><br>  Petitioners,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent.<br>_____/ | No. CR-03-0042 MCE CKD<br><br>Related Cases 12cv0397 MCE CKD<br>              12cv0393 MCE CKD<br><br><u>ORDER</u> |

The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

Dated: February 22, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

de
greer0042.rec